1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| ANGELA HAGEN, | Case No.: 3:10-cv-01537-MEJ |
| Plaintiff, | [PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE |
| v. | |
| ASSET MANAGEMENT OUTSOURCING, INC., dba AMO RECOVERIES, | |
| Defendant. | |

Upon Good Cause Showing, it is hereby ordered that Mahadhi Corzano, counsel for Plaintiffs ANGELA HAGEN, shall appear telephonically at the Case Management Conference scheduled for August 26, 2010 at 10:30 AM. ~~Plaintiff's counsel's telephone number is (323) 988-2400 Ext. 255.~~  Counsel shall provide a local or toll-free number for the cmc. The number shall be provided to Brenda Tolbert at (415) 522-4708 by August 24, 2010.

IT IS SO ORDERED.

Date: July 27, 2010         By: _____

Hon. United States District Court Judge

- 1 -

ORDER