1  Mahadhi Corzano (SBN 254905)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  Tel: 323-988-2400 x255
   Fax: 866-583-3695
4  mcorzano@consumerlawcenter.com
   Attorneys for Plaintiff, ANGELA HAGEN
5

**GRANTED**
/s/ Judge Maria-Elena James

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ANGELA HAGEN, | ) | Case No.: 3:10-cv-01537-MEJ |
| | ) | |
| Plaintiff, | ) | **NOTICE OF SETTLEMENT** |
| | ) | |
| vs. | ) | |
| | ) | |
| ASSET MANAGEMENT OUTSOURCING, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

　　　　NOW COMES the Plaintiff, ANGELA HAGEN, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

　　　　Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

　　　　　　　　　　　　　　　Respectfully Submitted,


　　　　　　　　　　　　　　　KROHN & MOSS, LTD.

DATED: August 12, 2010

　　　　　　　　　　　　　By: /s/ Mahadhi Corzano　　　　　　　　_

　　　　　　　　　　　　　　　Mahadhi Corzano
　　　　　　　　　　　　　　　Attorney for Plaintiff

- 1 -

Notice of Settlement